COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex parte Richard Vincent Letizia

Appellate case number:    01-16-00808-CR

Trial court case number:   2112524

Trial court:              County Criminal Court at Law No. 10 of Harris County

Appellant, Richard Vincent Letizia, has filed a notice of appeal of the trial court's order denying his application for a writ of habeas corpus that challenged the legality of his arrest pursuant to a governor's warrant. We previously granted retained appellate counsel's motion to withdraw, abated the appeal, and remanded the case to the trial court for further proceedings. On April 19, 2018, the court reporter filed a reporter's record of the April 10, 2018 abatement hearing at which appellant and a representative of the Harris County District Attorney's Office appeared. The trial court found that appellant "want[ed] to go forward pro se," was "in a good frame of mind to proceed in such a fashion," and knowingly and intelligently waived his right to counsel. The reporter's record reflects that the trial court admonished appellant of the risks and challenges of self-representation. The record does not include any finding that appellant is indigent.

We **reinstate** the appeal on the Court's active docket.

We direct the Clerk of this Court to deliver to appellant, at the most recent address he has provided, a copy of (1) the clerk's record filed in this Court on October 12, 2016; (2) the reporter's record filed in this Court on October 26, 2016; (3) "Brief for Appellant," filed on February 27, 2017; and (4) "Appellee's Brief," filed on March 16, 2017.

**No later than 30 days from the date of this order, appellant is directed (1) to notify the Clerk of this Court that he adopts the "Brief for Appellant," filed in this appeal on February 27, 2017; or (2) to file an amended brief pro se.**[1]

---

[1]     Any brief that appellant files must comply with the applicable provisions of the Texas Rules of Appellate Procedure, including Rule 38.1, which sets out the requirements for an

If appellant files an amended brief pro se, the State's brief will be due no later than 20 days after the amended brief is filed in this Court. *See* TEX. R. APP. P. 31.1; *cf.* TEX. R. APP. P. 38.6(b). If appellant adopts the previously filed "Brief for Appellant," the appeal will proceed on that brief and "Appellee's Brief," filed on March 16, 2017.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑ Acting individually ☐ Acting for the Court

Date: May 10, 2018

---

appellant's brief. *See* TEX. R. APP. P. 38.1; *see also Barnes v. State,* 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (explaining, although pro se pleadings should be liberally construed, same procedural standards apply to pro se parties as to other litigants). A copy of Texas Rule of Appellate Procedure 38 is attached to this order.